JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREW FOGELIS, | Case No.: 2:25-cv-03279-ODW-BFM |
| Plaintiff, | **Judgment** |
| v. | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC; and DOES 1 through 10, inclusive, | |
| Defendants. | |

**IT IS HEREBY ORDERED AND ADJUDGED:**

Pursuant to Rule 68, Judgment is entered in favor of Plaintiff Andrew Fogelis and against Defendant Portfolio Recovery Associated, LLC in the sum of $2,001, in addition to all attorney's fees and costs reasonably incurred through the date of acceptance of the offer by Plaintiff in connection with pursuing the causes of action alleged in the Complaint to be negotiated by the parties or, failing agreement, in an amount to be determined by the Court, as set out and pursuant to all other terms of, the Offer of Judgment.

Dated: June 25, 2025

_____
OTIS D. WRIGHT, II,
UNITED STATES DISTRICT JUDGE